

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2013

No. 04-13-00360-CV

**IN RE** John **PHELPS**

Original Mandamus Proceedings[1]

**ORDER**

On June 7, 2013, relator John Phelps filed a petition for writ of mandamus. The court has considered relator's petition, the response and reply of the parties, and has determined that relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Richard Price is ORDERED to transfer the underlying proceeding to Galveston County. The writ will issue only if we are notified that Judge Price has not done so within ten days of the date of this order.

It is so **ORDERED** on July 31, 2013.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2013.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2000-CI-07648, styled *In the Interest of E. H-P., A Minor Child*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.